IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAVIER NIETO,<br><br>            Defendant. | 8:18CR267<br><br>**ORDER** |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [32]. Counsel is engaged in plea negotiations with the government and seeks additional time resolve this matter. For good cause shown,

       **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [32] is granted as follows:

    1. The jury trial, now set for August 6, 2019, is continued to **October 8, 2019.**

    2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 8, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    Dated this 19th day of July 2019.

                                       BY THE COURT:

                                       s/Susan M. Bazis
                                       United States Magistrate Judge